# **EXHIBIT 4**



# Wire Transfer Detail Report
Corporate wires
As of 07/25/2018
Company: INTERNATIONAL REGISTRIES, INC
User: Charlie Moats

07/26/2018 07:34 AM ET

Commercial Electronic Office®

Treasury Information Reporting

Currency: USD
Bank: 051400549
Account: ▓▓▓▓▓81821(VA)

WELLS FARGO BANK, N.A.
TCMI CORPORATE

| Credit Wire Amount | Process Date Time From | | Corresponding Bank | Status |
|---|---|---|---|---|
| 900.00 | 07/25/2018 08:48 AM CT | FEDWIRE N/A YCO NY INC N/A | N/A | COMPLETE |

Wire Service Reference Number:
0725B6B7HU3R005074
Wells Message Number:
180725048523
PC Reference/Confirmation Number:
MY LUNA
Value Date:
07/25/2018
Wire Type:
195
Wire Amount:
900.00
Transaction Reference Number:
180725048523
USD Equivalent Amount:
900.00
Originator ID:
898068401280
Originator Name and Address:
YCO NY INC
LUNA
945 E LAS OLAS BLVD 2ND FLOOR
FT LAUDERDALE FL 33301
Instructing Bank Code/ID:
N/A
Instructing Bank Name and Address:
N/A
Sending Party ID:
026009593
Sending Party Name and Address:
BANK OF AMERICA, NEW YORK, NY
100, 33RD STREET WEST
NEW YORK NEW YORK 10001
Bank to Bank Info:
N/A
Beneficiary Bank Code/ID:
N/A
Beneficiary Bank Name and Address:
N/A
Originator to Beneficiary Info:
1117501 1120104 1120595 LUNA

Instructed Currency/Amount:
USD/900.00
Exchange Rate:
1.000000
Fed/CHIPS/SWIFT Reference Number:
0725B6B7HU3R005074
Completed Timestamp:
07/25/2018 08:47 AM CT
Sender Reference Number:
2018072500238817
Originating Bank Code/ID:
N/A
Originating Bank Name and Address:
BANK OF AMERICA, N.A.
222 BROADWAY
NEW YORK, US 10038
Receiving Party ID:
002000025181821
Receiving Party Name and Address:
TRUST COMPANY OF MARSHALL ISLANDS
CORORATE ACCOUNT
11495 COMMERCE PARK DRIVE
RESTON VA 20191
Intermediary Bank Code/ID:
N/A
Intermediary Bank Name and Address:
N/A
Beneficiary Code/ID:
N/A
Beneficiary Reference ID:
2000025181821
Beneficiary Name and Address:
THE TRUST COMPANY OF THE MARSHALL I
PO BOX 2095
RESTON VA 20195-0095 USA
20195-0095 US

Text:
026009593 BANK OF AMERICA, NEW YORK, NY 100, 33RD STREET WEST NEW YORK NEW YORK 10001 2018072500238817 OGB=BANK OF AMERICA, N.A. 222 BROADWAY NEW YORK,US 10038 ORG=YCO NY INC LUNA 945 E LAS OLAS BLVD 2ND FLOOR FT LAUDERDALE FL 33301 RFB=MY LUNA OBI=1117501 1120104 1120595 LUNA OPI=898068401280 /FTR/ BNF=2000025181821 THE TRUST COMPANY OF THE MARSHALL I PO BOX 2095 RESTON VA20195-0095 USA 20195-0095 US COMPLETED TIMESTAMP 07/25/2018 08:47 AM CT

TCMI00000558