JUDGE BUCHWALD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TATIANA AKHMEDOVA,

                          Plaintiff,

-against-

FARKHAD AKHMEDOV, and STRAIGHT ESTABLISHMENT,

                          Defendants.

**19CV7966**

Civil Action No. 19-Civ. _____

---

### ORDER TO ISSUE WRIT OF MARITIME ATTACHMENT AND GARNISHMENT AND APPOINTING PROCESS SERVER

**UPON** reading the Verified Complaint for issuance of process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rule B"), and the Declaration of James Power submitted in support thereof, and the Court finding that the conditions for an action under Supplemental Rule B appear to exist;

**NOW**, upon motion of Plaintiff, it is hereby

**ORDERED** that the Clerk shall issue process of attachment and garnishment pursuant to Supplemental Rule B as prayed for in the Verified Complaint in the amount of US **$487,278,000** against all goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, or any other tangible or intangible property belonging to, claimed by, owed to, being held for or on behalf or otherwise for the benefit of Defendants Farkhad Akhmedov and Straight Establishment by any garnishee within this district, including, *inter alia*, the following entities: Bank of America and Y CO NY INC; and it is further

**ORDERED** that said Order will be equally applicable to any other garnishees upon whom a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an amount up to and including US **$487,278,000**, pursuant to Supplemental Rule B; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished pursuant to this Order and the process of maritime attachment and garnishment shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing this Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED**, that any person at least 18 years of age and not a party to this action, employed with or appointed by Holland & Knight LLP, be and hereby is appointed to serve this Order and Process of Maritime Attachment and Garnishment on the garnishee; and it is further,

**ORDERED** that a copy of this order be attached to and served with the said process of maritime attachment and garnishment.

Dated: New York, New York
       August ___, 2019

                                    SO ORDERED

                                    _____
                                    United States District Judge