JUDGE BUCHWALD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TATIANA AKHMEDOVA,

                        Plaintiff,

-against-

FARKHAD AKHMEDOV, and STRAIGHT ESTABLISHMENT,

                        Defendants.

**19CV7966**

19 Civ. _____ ( )

**WRIT OF ATTACHMENT AND GARNISHMENT**

---

**TO THE DESIGNATED PROCESS SERVER:**

**WHEREAS** a Verified Complaint has been filed in the United States District Court for the Southern District of New York on the 26th day of August, 2019 by Tatiana Akhmedova ("Ms. Akhmedova" or "Plaintiff") against Farkhad Akhmedov and Straight Establishment ("Farkhad" and "Straight", collectively "Defendants") in a certain action for maritime tort wherein it is alleged that there is due and owing from Defendants to Plaintiff the amount of US $487,278,000 and praying for process of maritime attachment and garnishment against the Defendants, and for the attachment of the tangible and intangible property of said Defendants;

**NOW, THEREFORE**, we do hereby empower and strictly charge and command you, the said designated process server, to cite and admonish the said Defendants, if they shall be found in your district, to appear before the said District Court, at the U.S. District Courthouse for the Southern District of New York and that you attach the all goods, chattel, credits, letters of credit, bills of lading, debts, New York-located correspondent credits, effects and monies, funds, credits, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, or any other tangible or intangible property belonging to, claimed by, owed to, being held for or on behalf or otherwise

for the benefit of the Defendants, or otherwise moving through or within the possession, custody, care or control of such entities as may be served with this Order and Process, including but not limited to

> Bank of America
> 222 Broadway
> New York, New York 10038; and
>
> Y CO NY INC
> c/o New York Secretary of State
> One Commerce Plaza
> 99 Washington Avenue
> Albany, New York 12231

and if no such tangible or intangible property can be found, that you attach the tangible or intangible property of Farkhad Akhmedov and Straight Establishment to the amount sued for, in the hands of garnishees as may be found.

You are also directed to notify the said garnishee that:

1. A foreign attachment has been commenced against the Defendants Farkhad Akhmedov and Straight Establishment;

2. The garnishee is required to file in the office of the Clerk of the United States District Court for the Southern District of New York within twenty (20) days from the service of this Writ, a report, under oath, setting forth in detail all debts owing by the garnishee to the Defendants Farkhad Akhmedov and Straight Establishment, Limited in the possession, custody or control of the garnishee or to which the garnishee holds legal title; all property which is held by the garnishee as fiduciary in which the Defendants Farkhad Akhmedov and Straight Establishment has an interest; and whether any property attached is immune or exempt from attachment; and

3. The garnishee is enjoined from paying any debt to or for the account of Defendants, and from delivering any property owned by the Defendants to or for the account of the Defendants or otherwise disposing thereof;

4. The garnishee is required to promptly forward to Defendants, by any form of mail requiring a return receipt, a copy of this Writ, a copy of the Verified Complaint, and a copy of the Summons.

If the property of the Defendants is found in the possession of anyone not a garnishee, you are directed to notify him that he has been added as a garnishee, is directed to file a report, and is enjoined as above stated.

Garnishee may, pursuant to Supplemental Rule B(3)(a) for Admiralty or Maritime Claims and Asset Forfeiture Actions, deposit any property, into the registry of the court.

**Amount of Plaintiff's claim: US $487,278,000 including estimated interest, attorneys' fees and costs.**

ORDERED at New York, New York, this _____ day of August, 2019.

_____  _____
Clerk                                               U.S.D.J.


By: _____   Date: _____