```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TATIANA AKHMEDOVA,

              Plaintiff,

     - against -

FARKHAD AKHMEDOV, and STRAIGHT
ESTABLISHMENT,

             Defendants.
------------------------------------X

**O R D E R**

19 Civ. 7966(NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Having reviewed the First Amended Verified Complaint and the exhibits annexed thereto, the Court is not persuaded that it has subject matter jurisdiction. See 28 U.S.C. § 1333.

    The plaintiff is hereby granted leave to submit a memorandum of law to persuade the Court otherwise. If no such memorandum of law is received within thirty days of this order, the above-captioned action will be dismissed without prejudice.

    **SO ORDERED.**

Dated:    New York, New York
           August 29, 2019

                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE