USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/1/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

TATIANA AKHMEDOVA,

                      Plaintiff,

    - against -

FARKHAD AKHMEDOV, and STRAIGHT
ESTABLISHMENT,

                      Defendants.

----------------------------------X

**O R D E R**

19 Civ. 7966 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** on August 29, 2019 the Court, having reviewed the First Amended Verified Complaint and the exhibits annexed thereto, stated that it was not persuaded that the Court has subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1333; and

    **WHEREAS** the Court granted plaintiff leave to submit a memorandum of law to persuade the Court otherwise; and

    **WHEREAS** the Court further stated that if no such memorandum of law was received within thirty days of the August 29, 2019 order, the above-captioned action would be dismissed; and

    **WHEREAS** as of October 1, 2019, no such memorandum of law has been received; it is hereby

1

**ORDERED** that the above-captioned action is dismissed without prejudice.

Dated:   New York, New York
         October 1, 2019

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

2